IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

J'VEYON KENNON                                                    PLAINTIFF

v.                              No. 4:26-cv-23-DPM

UNIVERSITY OF CENTRAL ARKANSAS
POLICE DEPARTMENT; UNIVERSITY
OF CENTRAL ARKANSAS; and DOES,
Officers, 1-5, in their individual and
official capacities                                            DEFENDANTS

## ORDER

1.      Kennon's application to proceed *in forma pauperis*, *Doc. 1*, is granted.  He's a college student with minimal income and little savings.

2.      The Court must screen Kennon's § 1983 complaint.  *Doc. 2*; 28 U.S.C. § 1915(e).  He claims the University of Central Arkansas police violated his rights to equal protection and due process in two incidents.

First, Kennon and a young woman were found in possession of alcohol;  both were minors.  He (a black male) was charged and convicted, while she (a white female) wasn't charged.  This different treatment doesn't offend the Equal Protection Clause.  As he pleads, her mother corroborated the female's statement that the alcohol was her mother's.  Assuming (as he says) that this was a lie, police officers and prosecutors have discretion on charging decisions, and Kennon's

complaint pleads a nondiscriminatory reason for the way that discretion was exercised here. That the reason was mistaken doesn't create a claim.

Second, Kennon faults the UCA police's failure to investigate or charge two women who slapped his hat off his head, repeatedly shoved him, and taunted him with homophobic slurs at a football game. Defective police work, the officers' dismissive attitude, and the failure to follow up didn't deprive Kennon of due process. The Constitution doesn't require perfect professionalism. And no racial root for the poor performance is alleged.

Last, Kennon says these two incidents show a pattern of race-based unequal treatment. The Court disagrees. Two things are a pair, not a pattern. No facts are alleged that make race the plausible "but for" explanation of these events.

Kennon's complaint fails to state a claim.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

21 May 2026

- 2 -