# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## CENTRAL DIVISION

J'VEYON KENNON                                                    PLAINTIFF

v.                              No. 4:26-cv-23-DPM

UNIVERSITY OF CENTRAL ARKANSAS
POLICE DEPARTMENT; UNIVERSITY
OF CENTRAL ARKANSAS; and DOES,
Officers, 1-5, in their individual and
official capacities                                              DEFENDANTS

## JUDGMENT

Kennon's complaint is dismissed without prejudice.

_D.P. Marshall Jr._

D.P. Marshall Jr.
United States District Judge

21 May 2026